UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YESSUH SUHYES HUSSEY,<br><br>      Plaintiff,<br><br>-against-<br><br>BETH ISRAEL MEDICAL CENTER; NYPD OFFICER JANE DOE/JOHN DOE; NYPD OFFICER JANE DOE/JOHN DOE; HOSPITAL PHYSICIAN JANE DOE/JOHN DOE; AMBULANCE DRIVER JANE DOE/JOHN DOE,<br><br>      Defendants. | 23-CV-4377 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the August 7, 2023, order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: November 9, 2023
     New York, New York

                  /s/ Laura Taylor Swain
                  LAURA TAYLOR SWAIN
                Chief United States District Judge